UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT
ACTION NO. 3:08-cr-31-4-JMH

*FILED ELECTRONICALLY*

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              **NOTICE OF APPEAL**

SHAUN MICHAEL SMITH, et al.                                        DEFENDANTS

\*\* \*\* \*\* \*\* \*\*

Comes the Defendant, Shaun Michael Smith, by counsel, and for his Notice of Appeal, now states as follows:

1. The party taking the appeal is Shaun Michael Smith;

2. The appeal is taken from the Court's July 5, 2011 Judgment In A Criminal Case (Doc. #679), and from the Court's May 18, 2011 Order Denying Defendant's Motion to Withdraw or in the Alternative Vacate Guilty Plea (Doc# 547);

        Respectfully submitted,

        MCBRAYER, MCGINNIS, LESLIE
        & KIRKLAND, PLLC
        201 E. Main Street, Suite 1000
        Lexington, KY  40507
        Telephone:  (859) 231-8780
        Facsimile:  (859) 281-6480

        */s/ David J. Guarnieri*
        DAVID J. GUARNIERI
        JARON P. BLANDFORD
        PRESTON C. WORLEY
        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of July, 2011, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Frances Catron, Esq. | Willis G. Coffey, Esq. |
| Michael B. Faulkner, Esq. | Julie Roberts Gillum, Esq. |
| Derek G. Gordon, Esq. | William A. Hayes, Esq. |
| Patrick F. Nash, Esq. | Jeffrey H. Hoover, Esq. |
| Joe A. Jarrell, Esq. | Thomas C. Lyons, Esq. |
| Stephen D. Milner, Esq. | |

                                                     */s/ David J. Guarnieri*
                                                     DAVID J. GUARNIERI